**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.: 21-CV-02502-RM-NRN*

WENDY LOVE, and
JAY HAMM,

    Plaintiffs,

v.

OFFICER MATHEW GRASHORN, in his individual capacity,

    Defendant.

**DEFENDANT OFFICER MATHEW GRASHORN'S
NOTICE OF APPEAL**

Defendant Officer Mathew Grashorn ("Officer Grashorn"), by and through counsel, Jonathan Abramson and Yulia Nikolaevskaya of Kissinger & Fellman, P.C., appeals to the United States Court of Appeals for the Tenth Circuit from the Order (ECF 150) entered on November 15, 2023 regarding Officer Grashorn's Motion for Summary Judgment (ECF 101), asserting that Defendant is entitled to Qualified Immunity. Notice is given that Officer Grashorn appeals the following Order of the Court contained in the Order (ECF 150) as follows:

    1.    The Order of the Court denying Qualified Immunity.

Dated: December 14, 2023.

KISSINGER & FELLMAN, P.C.
*s/ Jonathan M. Abramson*
Jonathan M. Abramson
Yulia Nikolaevskaya
3773 Cherry Creek North Drive, Suite 900
Denver, Colorado 80209
Phone: 303-320-6100 Fax: 303-327-8601
Email: jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendant Officer Mathew Grashorn*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Sarah Schielke, Esq. [sara@lifeandlibertylaw.com]
*ATTORNEY FOR PLAINTIFFS*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

*s/ Elizabeth Jackson*
Elizabeth Jackson, Paralegal
Kissinger & Fellman, P.C.